# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| BLOCKCHAIN ASSOCIATION, TEXAS BLOCKCHAIN COUNCIL, and DEFI EDUCATION FUND<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, UNITED STATES OF AMERICA,<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, and<br><br>SCOTT BESSENT, in his official capacity as Secretary of the Department of the Treasury,<br><br>*Defendants.* | CASE NO.: 3:24-cv-03259-X<br><br>Judge Brantley Starr<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

The parties hereby stipulate to voluntary dismissal of this action without prejudice because the case has become moot now that Congress has enacted, and the President has signed, a law rendering without legal force or effect the Department of the Treasury and Internal Revenue Service regulation that Plaintiffs challenge.

Plaintiffs Blockchain Association, Texas Blockchain Council, and DeFi Education Fund sued Defendants the Internal Revenue Service, the Department of Treasury, and Secretary Bessent challenging the Treasury and IRS regulation captioned *Gross Proceeds Reporting by Brokers that Regularly Provide Services Effectuating Digital Asset Sales*, 89 Fed. Reg. 106,928 (Dec. 30, 2024) (Final Rule). *See* Dkt. No. 1.

On February 10, 2025, the Court ordered Plaintiffs to file a status report indicating whether they thought this case would become moot. *See* Dkt. No. 22. In their status report, Plaintiffs noted that a joint resolution had been introduced in Congress disapproving of the Final Rule under the

Congressional Review Act, 5 U.S.C. § 801 *et seq. See* Dkt. No. 23, at 1 (citing H.J. Res. 25, 119th Cong. (2025)). Plaintiffs noted that they would promptly inform the Court if the legislation passes. *See id.* Both Houses of Congress have now passed, and the President has signed, that joint resolution, House Joint Resolution 25. *See* Providing for Congressional Disapproval Under Chapter 8 of Title 5, United States Code, of the Rule Submitted by the Internal Revenue Service Relating to "Gross Proceeds Reporting by Brokers That Regularly Provide Services Effectuating Digital Asset Sales," Pub. L. No. 119-5, 139 Stat. 48 (2025).

Consistent with the Congressional Review Act, Joint Resolution 25 provides that the Final Rule "shall have no force or effect." *Id.*; *see* 5 U.S.C. § 801(b)(1) ("A rule shall not take effect (or continue), if the Congress enacts a joint resolution of disapproval."). Moreover, a rule that Congress has disapproved "may not be reissued in substantially the same form, and a new rule that is substantially the same as such a rule may not be issued, unless the reissued or new rule is specifically authorized by a law enacted after the date of the joint resolution disapproving the original rule." 5 U.S.C. § 801(b)(2).

Counsel for the parties have conferred. The parties agree that, in light of the enactment of Joint Resolution 25, the Final Rule has no force and effect, meaning this action is now moot. Thus, Plaintiffs and Defendants, through their undersigned counsel, stipulate and agree that this action is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

| | |
|---|---|
| DATED: April 16, 2025 | Respectfully Submitted, |
| | By: /s/ *Shay Dvoretzky* |
| | Shay Dvoretzky |

| | |
|---|---|
| Nathan W. Giesselman* | Shay Dvoretzky* |
| California Bar No. 290700 | DC Bar No. 498527 |
| nathan.giesselman@skadden.com | shay.dvoretzky@skadden.com |
| SKADDEN, ARPS, SLATE, | Christopher P. Bowers* |
|   MEAGHER & FLOM LLP | DC Bar No. 468117 |
| 525 University Ave. | chris.bowers@skadden.com |
| Palo Alto, CA 94301 | Parker Rider-Longmaid* |
| Telephone: (650) 470-4500 | DC Bar No. 1552207 |
| Facsimile:   (650) 470-4570 | parker.rider-longmaid@skadden.com |
| | Steven Marcus* |
| Juliana D. Hunter* | DC Bar No. 1630882 |
| Texas Bar No. 24075194 | steven.marcus@skadden.com |
| juliana.hunter@skadden.com | Hanaa Khan* |
| SKADDEN, ARPS, SLATE, | DC Bar No. 1735386 |
|   MEAGHER & FLOM LLP | hanaa.khan@skadden.com |
| 1000 Louisiana St., Ste. 6800 | SKADDEN, ARPS, SLATE, |
| Houston, TX 77002 |   MEAGHER & FLOM LLP |
| Telephone: (713) 655-5100 | 1440 New York Ave., NW |
| Facsimile:   (713) 655-5200 | Washington, DC 20005 |
| | Telephone: (202) 371-7000 |
| Randy D. Gordon | Facsimile:   (202) 393-5760 |
| Texas Bar No. 00797838 | |
| rdgordon@duanemorris.com | Alexander C. Drylewski* |
| Jason E. Boatright | New York Bar No. 4847844 |
| Texas Bar No. 24048138 | alexander.drylewski@skadden.com |
| jeboatright@duanemorris.com | SKADDEN, ARPS, SLATE, |
| Joseph M. Cox |   MEAGHER & FLOM LLP |
| Texas Bar No. 04950200 | One Manhattan West |
| jmcox@duanemorris.com | New York, NY 10001 |
| Craig M. Warner | Telephone: (212) 735-3000 |
| Texas Bar No. 24084158 | Facsimile:   (212) 735-2000 |
| cmwarner@duanemorris.com | |
| Lucas Wohlford | Roger C. Diseker |
| Texas Bar No. 24070871 | Texas Bar No. 00787371 |
| lwohlford@duanemorris.com | rdiseker@duanemorris.com |
| DUANE MORRIS LLP | DUANE MORRIS LLP |
| 100 Crescent Ct., Ste. 1200 | 300 Throckmorton St., Ste. 1650 |
| Dallas, TX 75201 | Fort Worth, TX 76102 |
| Telephone: (214) 257-7200 | Telephone: (817) 704-1000 |
| Facsimile:   (214) 257-7201 | Facsimile: (817) 704-1001 |

*Attorneys for Plaintiffs Blockchain Association, Texas Blockchain Council, and DeFi Education Fund*
*\*Admitted Pro Hac Vice*

- 4 -

<u>/s/ *Mary Elizabeth Smith*</u>
Mary Elizabeth Smith
Maryland Bar No. 0712110235
Trial Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Ste. 400
Dallas, TX 75201
(214) 880-9779 (v)
(214) 880-9741 (f)
Mary.E.Smith@usdoj.gov

*Attorney for Defendants Internal Revenue Service, Department of Treasury, and Secretary Bessent*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I electronically filed the foregoing Stipulation of Voluntary Dismissal Without Prejudice with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service upon counsel for the government will be accomplished by the CM/ECF system.

DATED: April 16, 2025                    Respectfully Submitted,

                                                   By:  */s/ Shay Dvoretzky*
                                                       Shay Dvoretzky